Argued September 22, affirmed October 28, 1975

WARDELL, *Petitioner, v.* EMPLOYMENT DIVISION ET AL (No. 75-3249, CA 4591), *Respondents.*

541 P2d 1063

*William E. Simons,* Lane County Legal Aid Service, Eugene, argued the cause and filed the brief for petitioner.

*W. Michael Gillette,* Solicitor General, Salem, argued the cause for respondent Employment Division. With him on the brief were Lee Johnson, Attorney General, and Al J. Laue, Assistant Attorney General, Salem.

No appearance for respondent La Pointe's.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

SCHWAB, C. J.

*See, Possehl v. Employment Division,* 23 Or App 189, 541 P2d 1062 (decided this date); *Evjen v. Employment Division,* 22 Or App 372, 539 P2d 662 (1975); *Brown v. Employment Division,* 22 Or App 382, 539 P2d 666 (1975).

Affirmed.